UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

      v.                    Case No.  08-cr-85-01/02-SM

Phillip Rawnsley and
Justin Reynolds,
    Defendant

### O R D E R

Defendant Reynolds's motion to continue the trial is granted (document no. 19).   Trial has been rescheduled for the month of April 2009.  Defendant Reynolds shall file a waiver of speedy trial rights not later than January 26, 2009. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for April 10, 2009 at 3:00 p.m.

Jury selection will take place on April 21, 2009 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

January 13 , 2009

cc:  Bjorn Lange, Esq.
James Gleason, Esq.
Kenneth Perkes, AUSA
U.S. Marshal
U.S. Probation