# United States Court of Appeals
## For the First Circuit

No. 09-1552

UNITED STATES

Appellee

v.

PHILLIP RAWNSLEY

Defendant - Appellant

**JUDGMENT**

Entered: July 9, 2009
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Bjorn Lange
Aixa Maldonado
Kenneth Perkes
Phillip Rawnsley